No. 502. The People v. Jiménez.—Appeal from the District Court of San Juan, Section 2. Decided December 11, 1912. Judgment affirmed. *Mr. Charles E. Foote, fiscal,* for The People. *Mr. Francisco Socorro* for defendant.

No. 503. The People v. Tibens.—Appeal from the District Court of San Juan, Section 2. Decided December 11, 1912. Judgment affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The defendant did not appear.

No. 504. The People v. Hernández.—Appeal from the District Court of San Juan, Section 2. Decided December 13, 1912. Judgment affirmed. *Mr. Charles E. Foote, fiscal,* for The People. *Mr. Manuel Benítez Flores* for defendant.

No. 367. Ex Parte García.—Petition by Juan García Ducós for approval of notarial bond executed by the National Surety Company in favor of The People of Porto Rico December 16, 1912. Decided December 17, 1912. Bond approved. Petitioner appeared *per se.*

No. 507. The People v. Calderón.—Appeal from the District Court of San Juan, Section 2. Decided December 18, 1912. Judgment affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The defendant did not appear.

No. 98. Fernández v. Córdova Dávila, District Judge.—Application for a writ of *certiorari* addressed to the Judge of the District Court of San Juan, Section 1. Decided December 21, 1912. In view of the provisions of section 15 of the Act of Unlawful Detainer of March 9, 1905, and of section 317 of the Code of Civil Procedure, and petitioner having failed to allege sufficient cause for failure to make payment in due time of the last rentals due, the petition is denied. *Mr. Luis Freyre Barbosa* for the moving party.